■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER DIXON, Appellant. [807 NYS2d 904]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered August 20, 2004. The judgment revoked defendant's probation and imposed a sentence of incarceration.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment revoking his probation and sentencing him to a term of incarceration. Contrary to the contention of defendant, the People established by a preponderance of the evidence that he violated certain conditions of his probation, and thus County Court did not err in revoking his probation (*see People v Pettway*, 286 AD2d 865 [2001], *lv denied* 97 NY2d 686 [2001]). Also contrary to defendant's contention, the sentence is not unduly harsh or severe. Present—Hurlbutt, J.P., Scudder, Gorski and Smith, JJ.